*1103 ante, p. 831;
ante, p. 960;
*1104 No. 93-9707.
No. 94-508.
No. 94-524.
No. 94-535.
No. 94-5032.
No. 94-5207.
No. 94-5354.
No. 94-5610.
No. 94-5626.
No. 94-5756.
No. 94-5814.
No. 94-5822.
No. 94-5859.
No. 94-5892.
No. 94-5907.
No. 94-5954.
No. 94-5956.
No. 94-5963.
No. 94-6010.
No. 94-6033.
No. 94-6065.
No. 94-6167.
No. 94-6341.
No. 94-6360.
No. 94-6417.
No. 94-6442.
ante, p. 861;
ante, p. 1000;
ante, p. 965;
ante, p. 983;
ante, p. 966;
ante, p. 989;
ante, p. 966;
ante, p. 1009;
ante, p. 935;
ante, p. 968;
ante, p. 968;
ante, p. 968;
ante, p. 969;
ante, p. 970;
ante, p. 1003;
ante, p. 953;
ante, p. 971;
ante, p. 972;
ante, p. 973;
ante, p. 974;
ante, p. 974;
ante, p. 976;
ante, p. 985;
ante, p. 1006;
ante, p. 1026;
ante, p. 1026;
*1105 No. 94-6459.
No. 94-6493.
No. 94-6530.
ante, p. 1008;
ante, p. 1026; and
ante, p. 1027. Petitions for rehearing denied.